**Jonathan M. Radmacher**
E-mail: jonathanr@mcewengisvold.com
**Oregon State Bar ID No. 924314**
MCEWEN GISVOLD LLP
1100 S.W. Sixth Avenue, Suite 1600
Portland, OR 97204
Telephone: (503) 226-7321
Facsimile: (503) 243-2687

Attorneys for Defendant Ticor Title Company of Oregon

FILED

FEB 15 2011

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| DOROTHEA M. RUSSELL,<br><br>Plaintiff,<br><br>v.<br><br>**MORTGAGE SOLUTIONS MANAGEMENT, INC., BIDDLE ENTERPRISES, INC., McKEE FINANCIAL GROUP, INC., PACIFIC FIRST FINANCIAL GROUP LLC, DIAMOND INVESTMENT GROUP CORP., CURT KIMSEY, COUNTRYWIDE HOME LOANS, INC., BANK OF NEW YORK MELLON, fka BANK OF NEW YORK, AS TRUST FOR CWABS 2006-SD4, DOES 1-10, LINCOLN GENERAL INSURANCE COMPANY and TICOR TITLE COMPANY OF OREGON,**<br><br>Defendants. | Case No. 08-CV-1092-PK<br><br>STIPULATED ORDER OF DISMISSAL OF PLAINTIFF'S CLAIMS AGAINST DEFENDANT TICOR TITLE COMPANY OF OREGON<br><br>(ONLY) |

Based upon the stipulation of the relevant parties, evidenced by counsels' signatures below, Plaintiff dismisses her claims against Defendant Ticor Title Company of Oregon. Accordingly,

1 - STIPULATED ORDER OF DISMISSAL OF PLAINTIFF'S CLAIMS AGAINST DEFENDANT TICOR TITLE COMPANY OF OREGON

IT IS ORDERED that Plaintiff's claims against Defendant Ticor Title Company of Oregon ("Ticor") are dismissed, with prejudice, and without costs or fees to either Plaintiff or Defendant Ticor.

DATED this 14th day of February, 2011.

_____
Hon. Paul Papak
U.S. MAGISTRATE JUDGE

_/s/ Hope A. DelCarlo_
Hope A. DelCarlo, OSB No. 002410
Attorney for Plaintiff

_/s/ Jonathan M. Radmacher_
Jonathan M. Radmacher, OSB No. 924314
Attorney for Defendant Ticor Title Company of Oregon

2 -  STIPULATED ORDER OF DISMISSAL OF PLAINTIFF'S CLAIMS AGAINST
     DEFENDANT TICOR TITLE COMPANY OF OREGON

09007-030/Stipulated Dismissal.wpd

## CERTIFICATE OF SERVICE

I hereby certify that on February 14, 2011, I served the foregoing [proposed] STIPULATED ORDER OF DISMISSAL OF DEFENDANT TICOR TITLE COMPANY OF OREGON on the attorneys and/or individuals listed below by the methods indicated below on said day.

| | |
|---|---|
| Hope A. Del Carlo<br>Spencer M. Neal<br>Oregon Law Center<br>921 SW Washington, #516<br>Portland, OR 97205<br>(503) 473-8319<br>Facsimile: 503-295-0676<br>Email: hdelcarlo@oregonlawcenter.org<br><br>Of Attorneys for Dorothea M. Russell | __ U.S. Mail<br>__ Facsimile<br>__ Hand Delivery<br>__ E-mail<br>X  ECF |
| Megan E. Dorton<br>Legal Aid Services of Oregon<br>921 SW Washington, Suite 500<br>Portland, OR 97205<br>(503) 224-4086<br>Fax: (503) 295-9496<br>Email: megan.dorton@lasoregon.org<br><br>Of Attorneys for Dorothea M. Russell | __ U.S. Mail<br>__ Facsimile<br>__ Hand Delivery<br>__ E-mail<br>X  ECF |
| Kevin J. Jacoby<br>Law Office of Paul R.J. Connolly, P.C.<br>PO Box 3095<br>Salem, OR 97302<br>(503) 585-2054<br>Fax: (503) 584-7037<br>Email: kevin@connollypc.com<br><br>Of Attorneys for Curt Kimsey | __ U.S. Mail<br>__ Facsimile<br>__ Hand Delivery<br>__ E-mail<br>X  ECF |
| Pilar C. French<br>Jeremy S. Healey<br>Lane Powell, PC<br>601 SW Second Avenue<br>Suite 2100<br>Portland, OR 97204-3158<br>(503) 778-2100<br>Fax: (503) 778-2200<br>Email: healeyj@lanepowell.com<br><br>Of Attorneys for Countrywide Home Loans<br>and Bank of New York Mellon | __ U.S. Mail<br>__ Facsimile<br>__ Hand Delivery<br>__ E-mail<br>X  ECF |

MCEWEN GISVOLD LLP

By    /s/ Jonathan M. Radmacher
      Jonathan M. Radmacher, OSB No. 924314

CERTIFICATE OF SERVICE (Case No. 08-CV-1092-PK)    U:\09007\09007-030\pleadings\Stipulated Dismissal.wpd

Of Attorneys for Defendant Ticor Title
Company of Oregon